LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL AND AIR CONDITIONING CONTRACTORS OF SAN DIEGO INDUSTRY FUND, INC.; BOARD OF TRUSTEES OF THE SHEET METAL AND AIR CONDITIONING APPRENTICESHIP AND JOURNEYMEN TRAINING FUND; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 206 SECTION 401(k) PLAN; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 206 WORKING DUES PLAN, <br><br>Plaintiffs, <br><br>v. <br><br>WESTWIND MECHANICAL, INC.; ANDREA DENISE MOYAL, individual, <br><br>Defendants. | Case No. 2:09-cv-05468-PA-AGR <br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** <br><br>Hon. Percy Anderson <br>Location: Courtroom 9A |

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal and Air Conditioning Contractors of San Diego Industry Fund, Inc.; Board of Trustees of the Sheet Metal and Air Conditioning Apprenticeship and Journeymen Training Fund; Board of Trustees of the Sheet Metal Workers' Local 206 Section 401(k) Plan; and Sheet Metal Workers International Association, Local Union No. 206 Working Dues Plan, (collectively the "Trust Funds" or "Plans"), and upon declaration that judgment debtors, WESTWIND MECHANICAL, INC., and ANDREA DENISE MOYAL, an individual, jointly and severally ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants jointly and severally, be renewed in the amount of $99,114.77, which is broken down as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Principal: | | $54,494.08 |
| b. | Liquidated Damages: | | $7,797.70 |
| c. | Judgment interest: | | $5,449.41 |
| d. | Attorneys Fees: | | $8,000.00 |
| e. | Costs: | | $500.00 |

Subtotal (Judgment as entered):   $76,241.19

f. Less credits after judgment:   $25,372.76

g. Post-Judgment Interest calculated at 10% per annum per the Order on Stipulation entered on October 10, 2009 at paragraph 4, computed from October 13, 2009 to April 4, 2019 at $13.94 per day:

$48,246.34

GRAND TOTAL   $99,114.77

**IT IS SO ORDERED.**

Dated: May 7, 2019




Clerk of Court

2

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LAURIE A. TRAKTMAN (SBN 165588)<br>email: lat@gslaw.org<br>**GILBERT & SACKMAN**<br>A LAW CORPORATION<br>3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>Tel: (323) 938-3000<br>Fax: (323) 937-9139 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL AND AIR CONDITIONING CONTRACTORS OF SAN DIEGO INDUSTRY FUND, INC.; BOARD OF TRUSTEES OF THE SHEET METAL AND AIR CONDITIONING APPRENTICESHIP AND JOURNEYMEN TRAINING FUND; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 206 SECTION 401(k) PLAN; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 206 WORKING DUES PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWIND MECHANICAL, INC.; ANDREA DENISE MOYAL, individual,<br><br>Defendants. | Case No. 2:09-cv-05468-PA-AGR<br><br>**PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK**<br><br>Hon. Percy Anderson<br>Location:    Courtroom 9A |

---

1
PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010.

On May 6, 2019, I served the foregoing documents described as: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Westwind Mechanical, Inc.<br>10755 Scripps Poway Parkway, #383<br>San Diego, CA 92131 | Andrea Denise Moyal<br>510 Forest Lane NE,<br>Cleveland, TN 37312 |
| Andrea Denise Moyal<br>10755 Scripps Poway Parkway, #383<br>San Diego, CA 92131 | Andrea Denise Moyal<br>P.O. Box 1679,<br>Sacramento, CA 95812 |

**[X]  BY MAIL:** I enclosed the documents in a sealed envelope or package addressed to the address above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2019 at Los Angeles, California

*M. Tijerina*
_____
Marisa Tijerina